1

2

3

4

5

6

7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

8

ZEMBEZIA FILM (Pty.) Ltd.                                        )
                                                                )
9
         Plaintiff,                                             )
                                                                )
10
v.                                                              )  Case No:
                                                                )
11
DOES 1-70                                                       )
                                                                )
12
         Defendants                                            )
                                                                )
13 _____

14

15    PLAINTIFFS CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL
      RULE OF CIVIL PROCEDURE 7.1 AND WESTERN DISTRICT OF WASHINGTON
                              LOCAL RULE 7.1

16

17   No Publicly held company owns more than 10% interest in Zembezia Film (Pty.) Ltd. There is
     also no other corporation or LLC that owns Zembezia Film (Pty.) Ltd.

18

19

20                                              Respectfully submitted,
                                                Zembezia Film (Pty.) Ltd.
21   DATED:  February 18, 2013

22                                              By: s/*Richard J. Symmes*
                                                Richard J. Symmes #41475
23                                              Frontier Law Group, PLLC
                                                1001 4th Avenue, Suite 3200

24   Corporate Disclosure                       Frontier Law Group, PLLC
                                                1001 Fourth Avenue, Suite 3200
                                                Seattle, WA 98154
                                                Ph: 206-682-7975

1

Seattle, WA 98154
Ph:  206-682-7975
2
 F:  206-424-4691
 Richard@symmeslaw.com
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Corporate Disclosure

Frontier Law Group, PLLC
1001 Fourth Avenue, Suite 3200
 Seattle, WA 98154
 Ph: 206-682-7975