# EXHIBIT A

| No | IP Address | P2PClient | HitDateUTC (MM/DD/YY) | Title | FileName |
|---|---|---|---|---|---|
| 1 | 50.125.94.11 | µTorrent 3.1.3 | 12/15/12 04:28:33 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 2 | 184.78.212.225 | µTorrent 3.2.0 | 12/15/12 11:50:17 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 3 | 71.217.125.191 | µTorrent 3.2.0 | 12/16/12 11:40:33 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 4 | 63.230.172.52 | µTorrent 3.2.3 | 12/17/12 04:17:04 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 5 | 24.20.103.126 | µTorrent Mac 1.6 | 12/17/12 08:55:52 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 6 | 97.126.122.23 | BitSpirit 3.6.0 | 12/17/12 04:34:14 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 7 | 71.217.119.225 | µTorrent 3.2.0 | 12/19/12 05:03:31 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 8 | 67.168.254.188 | µTorrent 3.2.3 | 12/19/12 01:38:07 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 9 | 76.28.138.95 | µTorrent 2.2.1 | 12/20/12 11:55:15 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 10 | 71.217.92.139 | BitSpirit 3.6.0 | 12/20/12 06:47:12 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 11 | 71.217.91.41 | BitSpirit 3.6.0 | 12/20/12 04:57:51 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 12 | 75.172.14.178 | µTorrent 3.2.3 | 12/20/12 03:20:17 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 13 | 71.217.89.66 | BitSpirit 3.6.0 | 12/20/12 05:39:16 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 14 | 24.19.148.177 | Vuze 4.8.0.0 | 12/20/12 04:11:04 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 15 | 97.126.112.240 | BitSpirit 3.6.0 | 12/20/12 12:43:44 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 16 | 75.172.9.137 | µTorrent 3.2.3 | 12/20/12 10:21:31 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 17 | 63.228.105.44 | µTorrent 3.2.3 | 12/21/12 12:39:34 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 18 | 174.24.217.134 | µTorrent 3.2.0 | 12/21/12 05:59:26 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 19 | 63.229.134.116 | µTorrent 3.2.3 | 12/21/12 04:06:18 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 20 | 71.231.2.115 | µTorrent 3.2.3 | 12/21/12 10:13:15 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 21 | 24.17.129.224 | µTorrent 3.2.3 | 12/22/12 03:26:06 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 22 | 131.191.112.61 | µTorrent 3.1.3 | 12/23/12 05:44:14 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 23 | 97.120.193.143 | µTorrent 3.2.3 | 12/23/12 06:41:06 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 24 | 24.22.155.135 | µTorrent 3.2.3 | 12/24/12 10:57:47 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 25 | 98.247.197.201 | BitTorrent 7.3.5 | 12/24/12 07:26:04 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 26 | 97.126.115.11 | BitSpirit 3.6.0 | 12/24/12 06:55:28 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 27 | 71.217.72.230 | BitSpirit 3.6.0 | 12/24/12 02:07:28 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 28 | 67.168.216.176 | µTorrent 3.2.3 | 12/26/12 04:58:18 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 29 | 71.56.140.216 | BitComet 1.34 | 12/26/12 05:06:05 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 30 | 97.126.124.186 | BitSpirit 3.6.0 | 12/26/12 02:03:04 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 31 | 71.197.197.140 | µTorrent 3.2.3 | 12/26/12 07:00:29 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 32 | 75.172.39.182 | µTorrent 3.2.3 | 12/26/12 04:36:04 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 33 | 67.185.109.45 | BitSpirit 3.6.0 | 12/28/12 02:56:12 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 34 | 67.185.9.121 | µTorrent 3.2.3 | 12/28/12 08:29:10 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |

| | | | | | |
|---|---|---|---|---|---|
| 35 | 67.5.226.30 | µTorrent 2.2.1 | 12/29/12 07:28:12 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 36 | 24.22.173.56 | µTorrent 3.2.3 | 12/29/12 04:13:33 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 37 | 67.160.132.121 | µTorrent 3.2.3 | 12/29/12 09:56:36 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 38 | 71.59.156.224 | µTorrent Mac 1.6 | 12/29/12 07:21:12 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 39 | 75.172.1.191 | µTorrent 3.2.3 | 12/30/12 12:57:16 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 40 | 174.24.209.181 | µTorrent 3.2.0 | 12/30/12 09:00:22 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 41 | 207.224.19.98 | µTorrent 2.2.1 | 12/30/12 03:11:58 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 42 | 75.172.29.19 | µTorrent 3.2.0 | 12/31/12 06:28:58 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 43 | 174.31.162.79 | µTorrent 3.2.0 | 1/1/13 09:05:33 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 44 | 71.217.107.56 | µTorrent 3.2.3 | 1/2/13 02:01:11 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 45 | 75.164.171.216 | µTorrent 3.2.3 | 1/2/13 02:55:17 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 46 | 71.23.43.218 | µTorrent 2.0.2 | 1/3/13 02:17:03 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 47 | 75.172.56.246 | µTorrent 2.2.1 | 1/3/13 04:57:01 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 48 | 174.24.210.135 | µTorrent 3.2.0 | 1/3/13 09:00:38 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 49 | 174.31.163.101 | µTorrent 3.2.0 | 1/3/13 02:21:13 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 50 | 24.17.85.47 | -BA3300- | 1/4/13 12:05:43 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 51 | 71.217.114.253 | µTorrent 3.2.0 | 1/4/13 07:39:42 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 52 | 67.168.220.11 | µTorrent 3.2.3 | 1/4/13 02:40:56 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 53 | 98.246.92.195 | Vuze 4.8.1.2 | 1/4/13 11:37:49 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 54 | 67.168.215.234 | µTorrent 3.2.3 | 1/4/13 02:56:34 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 55 | 76.115.33.61 | µTorrent 3.2.3 | 1/5/13 09:59:31 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 56 | 67.170.128.249 | µTorrent 3.2.3 | 1/5/13 11:32:12 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 57 | 174.31.162.34 | µTorrent 3.2.3 | 1/6/13 07:43:23 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 58 | 174.24.206.7 | µTorrent 3.2.3 | 1/6/13 11:26:02 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 59 | 50.135.96.207 | BitTorrent 7.7.0 | 1/6/13 10:07:28 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 60 | 24.17.62.226 | µTorrent 3.2.3 | 1/6/13 02:47:01 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 61 | 67.183.229.1 | µTorrent 3.2.0 | 1/6/13 08:56:41 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 62 | 71.59.200.68 | µTorrent 3.2.3 | 1/7/13 06:01:01 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 63 | 24.22.155.134 | µTorrent 3.2.3 | 1/7/13 06:04:37 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 64 | 174.25.39.45 | µTorrent 3.2.3 | 1/7/13 12:00:18 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 65 | 67.5.213.187 | µTorrent 2.2.1 | 1/7/13 05:01:30 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 66 | 24.22.110.94 | µTorrent 3.2.3 | 1/7/13 02:44:19 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 67 | 174.25.38.2 | µTorrent 3.0.0 | 1/7/13 04:29:50 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 68 | 66.87.112.158 | -UM15140 | 1/7/13 05:57:11 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 69 | 75.172.48.165 | µTorrent 2.2.1 | 1/7/13 06:07:15 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |

70  76.115.72.29        µTorrent 3.1.3        1/7/13 06:13:30 AM  Zambezia  Zambezia.2012.D.BDRip.1400Mb.avi

| Filehash | ISP | Region | city | Province |
|---|---|---|---|---|
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Frontier Communications | Washington | Snohomish | Snohomish |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Clearwire Corporation | Washington | Bremerton | Kitsap |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Renton | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Vancouver | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Vancouver | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Seattle | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Seattle | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Vancouver | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Tacoma | Pierce |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Bellevue | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Seattle | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Seattle | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Seattle | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Everett | Snohomish |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Bellevue | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Federal Way | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Seattle | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Renton | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Vancouver | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Auburn | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Federal Way | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Click! Network | Washington | Tacoma | Pierce |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Vancouver | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Tacoma | Pierce |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Marysville | Snohomish |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Tacoma | Pierce |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Seattle | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Vancouver | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Vancouver | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Seattle | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Tacoma | Pierce |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Kent | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Tacoma | Pierce |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Tacoma | Pierce |

```
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Century Link            Washington    Vancouver    Clark
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Comcast Cable           Washington    Federal Way  King
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Comcast Cable           Washington    Vancouver    Clark
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Comcast Cable           Washington    Vancouver    Clark
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Century Link            Washington    Seattle      King
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Century Link            Washington    Seattle      King
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Century Link            Washington    Vancouver    Clark
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Century Link            Washington    Federal Way  King
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Century Link            Washington    Seattle      King
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Century Link            Washington    Seattle      King
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Century Link            Washington    Vancouver    Clark
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Clearwire Corporation   Washington    Bellevue     King
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Century Link            Washington    Kent         King
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Century Link            Washington    Seattle      King
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Century Link            Washington    Seattle      King
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Comcast Cable           Washington    Everett      Snohomish
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Century Link            Washington    Renton       King
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Comcast Cable           Washington    Vancouver    Clark
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Comcast Cable           Washington    Vancouver    Clark
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Comcast Cable           Washington    Vancouver    Clark
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Comcast Cable           Washington    Vancouver    Clark
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Century Link            Washington    Seattle      King
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Century Link            Washington    Federal Way  King
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Comcast Cable           Washington    Everett      Snohomish
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Comcast Cable           Washington    Kirkland     King
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Comcast Cable           Washington    Puyallup     Pierce
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Comcast Cable           Washington    Vancouver    Clark
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Comcast Cable           Washington    Tacoma       Pierce
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Century Link            Washington    Vancouver    Clark
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Century Link            Washington    Vancouver    Clark
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Comcast Cable           Washington    Vancouver    Clark
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Century Link            Washington    Vancouver    Clark
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Sprint PCS              Washington    Tacoma       Pierce
SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9  Century Link            Washington    Kent         King
```

SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9   Comcast Cable        Washington     Vancouver     Clark

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-643-242**

Effective date of registration:

May 2, 2012

---

## Title
**Title of Work:** Adventures in Zambezia

## Completion/Publication
**Year of Completion:** 2012

## Author
- **Author:** Zambezia Film (Pty.) Ltd
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Citizen of:** South Africa    **Domiciled in:** South Africa

## Copyright claimant
**Copyright Claimant:** Zambezia Film (Pty) Ltd.
Dreyersdal Farm, Dreyersdal Farm Road, Bergvliet, Cape Town, South Africa

## Rights and Permissions
**Organization Name:** Cinema Management Group, LLC
**Name:** Dene Anderberg
**Email:** cmg@cinemamanagementgroup.com    **Telephone:** 310-300-9959
**Address:** 8730 Wilshire Blvd.
Suite 416
Beverly Hills, CA 90211 United States

## Certification
**Name:** Dene Anderberg
**Date:** April 30, 2012

Page 1 of 1

**Registration #:** PAU003643242
**Service Request #:** 1-759868441



Cinema Management Group
Dene D Anderberg
8730 Wilshire Blvd. Suite 416
Beverly Hills, CA 90211  United States