Honorable Judge Robert S. Lasnik

Gary K. Marshall, WSBA # 15344
LAW OFFICES OF GARY MARSHALL
9706 4th Ave. N.E., Ste. 320
Seattle, Washington 98115-2157
Telephone: 206 524-0655
Facsimile: 206 524-1302
E-Mail: gmarshall@marshallcomputer.com

Attorneys for Defendant John Doe with IP address 71.217.68.37

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Zambezia Film (Pty) LLC,<br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Does 1- 70,<br>　　　　　　Defendants. | No. 2:13-00312JP-RSL<br><br>Notice of Appearance of Counsel for Defendants<br>John Doe with IP address 97.126.124.186<br>John Doe with IP address 71.217.92.139<br>John Doe with IP address 71.217.91.41<br>John Doe with IP address 71.217.89.66<br>John Doe with IP address 97.126.112.240<br>John Doe with IP address 97.126.122.23<br>John Doe with IP address 97.126.115.11<br>John Doe with IP address 71.217.72.230<br><br>Clerk Action Requested |

TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Gary K. Marshall and the Law Offices of Gary Marshall, 9706 Fourth Avenue NE, Suite 320, Seattle WA 98115-2157, appear in this action as the attorney for Defendants John Doe with IP address 97.126.124.186, John Doe with IP address 71.217.92.139. John Doe with IP address 71.217.91.41, John Doe with IP address 71.217.89.66, John Doe with IP address 97.126.112.240, John Doe with IP address 97.126.122.23, John Doe with IP address 97.126.115.11 and John Doe with IP address 71.217.72.230, without precluding

Notice of Appearance for Defendant John Doe with IP address 71.217.68.37

Law Offices of Gary Marshall
9706 4th Ave. N.E., Suite 320
Seattle, Washington 98115-2157
Tel: (206) 524-0655
Fax: (206) 524-1302

1  the right to challenge lack of jurisdiction, insufficiently of process and insufficiency of service of

2  process pursuant to FCR 12(b). Please add Gary K. Marshall to the CM/ECF email notification

3  list under the following e-mail address: gmarshall@marshallcomputer.com.

4  Dated this 6th day of April, 2013

5                                                   Law Offices of Gary Marshall

6

7                                                   By __/s/ Gary K. Marshall_____
                                                      Gary K. Marshall, WSBA # 15344

8                                                 Attorneys for
                                               John Doe with IP address 97.126.124.186

9                                                 John Doe with IP address 71.217.92.139
                                               John Doe with IP address 71.217.91.41

10                                                John Doe with IP address 71.217.89.66
                                               John Doe with IP address 97.126.112.240

11                                                John Doe with IP address 97.126.122.23
                                               John Doe with IP address 97.126.115.11

12                                                John Doe with IP address 71.217.72.230

13

14                                                Certificate of Service

15     I hereby certify that on April 6, 2013, I electronically filed this document with the Clerk, of the Court using the CM/ECF electronic filing, which will provide notice to all counsel of record herein.

16

17                                                /s/ Gary K. Marshall_____
                                               Gary K. Marshall,  WSBA # 15344

18                                                Attorneys for Defendant s
                                               John Doe with IP address 97.126.124.186

19                                                John Doe with IP address 71.217.92.139
                                               John Doe with IP address 71.217.91.41

20                                                John Doe with IP address 71.217.89.66
                                               John Doe with IP address 97.126.112.240

21                                                John Doe with IP address 97.126.122.23
                                               John Doe with IP address 97.126.115.11

22                                                John Doe with IP address 71.217.72.230

23

24

Notice of Appearance for Defendant John Doe with IP address 71.217.68.37        Law Offices of Gary Marshall
                                                                                                    9706 4th Ave. N.E., Suite 320
                                                                                 Seattle, Washington 98115-2157
                                                                                            Tel: (206) 524-0655
                                                                                           Fax: (206) 524-1302