Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Zambezia Film (PO), LLC, <br>     Plaintiff, <br> vs. <br> Does 1- 66, <br>     Defendants | No. 2:13-00308  MJP-RSL <br><br> (Proposed) Order |
| Zambezia Film (Pty) LLC, <br>     Plaintiff, <br> vs. <br> Does 1- 70, <br>     Defendants. | No. 2:13-00312JP-RSL <br><br> (Proposed) Order |
| The Ledge Distribution, LLC, <br>     Plaintiff, <br> vs. <br> Does 1- 71, <br>     Defendants. | No. 2:13-00330  MJP-RSL <br><br> (Proposed) Order |

In each of the three cases cited above,

IT IS ORDERED that in each case all defendants except Doe 1 are hereby SEVERED from this action.

IT IS FURTHER ORDERED that within thirty (30) days from the entry of this Order, the plaintiff in each case may file individual complaints against those Doe defendants whom it wishes to proceed. Upon election to proceed, each plaintiff shall submit to the Clerk of the Court

Order, page 1

Law Offices of Gary Marshall <br>
9706 4th Ave. N.E., Suite 320 <br>
Seattle, Washington 98115-2157 <br>
Tel: (206) 524-0655 <br>
Fax: (206) 524-1302

1  filing fees for each of the complaints against those defendants whom plaintiff wishes to proceed.

2  Such cases will be assigned separate civil action numbers and placed on the Court's docket.

3  IT IS FURTHER ORDERED that plaintiffs are directed to serve notices on all Doe

4  defendants for whom it has received identifying information. The notices shall inform each John

5  Doe that his or her case has been severed. Each Plaintiff shall file, under seal, copies of all such

6  notices with the Court and send copies of this Order to all Doe defendants for which it has

7  received identifying information.

8  IT IS FURTHER ORDERED all subpoenas are hereby QUASHED. Additionally, each

9  plaintiff is ORDERED to notify, at its expense, all those to whom that plaintiff has previously

10  given notice of plaintiff s subpoenas that plaintiff will take no further action in connection with

11  the enforcement of subpoenas against any defendant in this case pending further order of the

12  Court.

13  IT IS FURTHER ORDERED that this matter is hereby STAYED. No additional action may

14  occur until the filing fees are paid.

15  IT IS FURTHER ORDERED that each plaintiff notify Doe defendants for whom it has

16  received identifying information and all involved internet service providers that no case will

17  remain pending until the filing fees are paid.

18  The Clerk of Court is directed to assign each of the above-captioned civil actions to Doe 1 as

19  an individual defendant in each case

20  The actions filed within 30 days of this Memorandum Order against any other Doe

21  defendants severed from this case will be deemed to have been filed as of the filing date of the

22  original Complaint.

23  Signed this ___day of May, 2013, at Seattle, Washington.

24

Order, page 2

Law Offices of Gary Marshall
9706 4th Ave. N.E., Suite 320
Seattle, Washington 98115-2157
Tel: (206) 524-0655
Fax: (206) 524-1302

1
2
3                                                                                                            
Honorable Judge Robert S. Lasnik
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Order, page 3

Law Offices of Gary Marshall
9706 4th Ave. N.E., Suite 320
Seattle, Washington 98115-2157
Tel: (206) 524-0655
Fax: (206) 524-1302