1 Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Zambezia Film (PO), LLC,<br>　　　　　Plaintiff,<br>　vs.<br>Does 1- 66,<br>　　　　　Defendants | No. 2:13-00308  MJP-RSL<br><br>Joint Declaration of<br>John Doe with IP address 71.217.68.37 |
| Zambezia Film (Pty) LLC,<br>　　　　　Plaintiff,<br>　vs.<br>Does 1- 70,<br>　　　　　Defendants. | No. 2:13-00312JP-RSL<br><br>Joint Declaration of<br>John Doe with IP address 97.126.124.186<br>John Doe with IP address 71.217.92.139<br>John Doe with IP address 71.217.91.41<br>John Doe with IP address 71.217.89.66<br>John Doe with IP address 97.126.112.240<br>John Doe with IP address 97.126.122.23<br>John Doe with IP address 97.126.115.11<br>John Doe with IP address 71.217.72.230 |
| The Ledge Distribution, LLC,<br>　　　　　Plaintiff,<br>　vs.<br>Does 1- 71,<br>　　　　　Defendants. | No. 2:13-00330  MJP-RSL<br><br>Joint Declaration of<br>John Doe with IP address 75.172.5.207 |

　　1. We, John Doe with IP address 71.217.68.37, John Doe with IP address 97.126.124.186, John Doe with IP address 71.217.92.139, John Doe with IP address 71.217.91.41, John Doe with IP address 71.217.89.66, John Doe with IP address 97.126.112.240, John Doe with IP address

Declaration of Various Defendant John Does, page 1

Law Offices of Gary Marshall
9706 4th Ave. N.E., Suite 320
Seattle, Washington 98115-2157
Tel: (206) 524-0655
Fax: (206) 524-1302

1  97.126.122.23, John Doe with IP address 97.126.115.11, John Doe with IP address

2  71.217.72.230, and John Doe with IP address 75.172.5.207 each declare and state as follows:

3     2. I am one of the John Does listed in the previous paragraph. I have personal knowledge of

4  the facts and matters stated herein.

5     3. I reside in the Seattle, Washington area. I have an Internet connection through a wi-fi

6  network at my residence. I live with at least one other person who has access to my wi-fi

7  network.

8     4. I received a letter from my Internet Service Provider notifying me that according to their

9  records I was assigned one of the IP addresses listed above and specified in one of the complaints

10  in the above captioned lawsuits and that the plaintiff is alleging that I downloaded the movie

11  specified in the complaint.

12     5. I did not download the specified movie. I have no specific knowledge of anyone

13  downloading the specified movie. It is possible that someone else in my household downloaded

14  the specified movie. It is possible that a guest of one of the people in my household downloaded

15  the specified movie. It is possible that someone intercepted my wi-fi signal without my

16  permission and downloaded the specified movie. It is possible that no one downloaded the

17  specified movie using my wi-fi Internet connection.

18     6. If I or anyone in my household used bit-torrent software to download files, it was done

19  with no awareness of whether anyone else was downloading the same file or not. I have never

20  encouraged anyone to download movie files. I have not "acted in concert with", worked

21  together" or "directly interacted and communicated with" any other members of any bit-torrent

22  swarm. To the best of my knowledge, no one else in my household has encouraged anyone to

23

24

Declaration of Various Defendant John Does, page 2

Law Offices of Gary Marshall
9706 4th Ave. N.E., Suite 320
Seattle, Washington 98115-2157
Tel: (206) 524-0655
Fax: (206) 524-1302

1  download movie files, nor has anyone "acted in concert with", worked together" or "directly
2  interacted and communicated with" any other members of any bit-torrent swarm.

3  I declare under the penalty of perjury under the law of the state of Washington that the
4  foregoing is true and correct.

| Date | Place (City, County, State) | Signature |
|---|---|---|
| April 8, 2013 | In the Seattle, WA area | /John Doe, with IP address 71.217.68.37 |
| April 8, 2013 | In the Seattle, WA area | /John Doe, with IP address 97.126.124.186 |
| April 8, 2013 | In the Seattle, WA area | /John Doe, with IP address 71.217.92.139 |
| April 8, 2013 | In the Seattle, WA area | /John Doe, with IP address 71.217.91.41 |
| April 8, 2013 | In the Seattle, WA area | /John Doe, with IP address 71.217.89.66 |

Declaration of Various Defendant John Does, page 3

Law Offices of Gary Marshall
9706 4th Ave. N.E., Suite 320
Seattle, Washington 98115-2157
Tel: (206) 524-0655
Fax: (206) 524-1302

| Date | Place (City, County, State) | Signature |
|---|---|---|
| April 8, 2013 | In the Seattle, WA area | /John Doe, with IP address 97.126.112.240 |
| April 8, 2013 | In the Seattle, WA area | /John Doe, with IP address 97.126.122.23 |
| April 8, 2013 | In the Seattle, WA area | /John Doe, with IP address 97.126.115.11 |
| April 8, 2013 | In the Seattle, WA area | /John Doe, with IP address 71.217.72.230 |
| April 8, 2013 | In the Seattle, WA area | /John Doe, with IP address 75.172.5.207 |

Declaration of Various Defendant John Does, page 4

Law Offices of Gary Marshall
9706 4th Ave. N.E., Suite 320
Seattle, Washington 98115-2157
Tel: (206) 524-0655
Fax: (206) 524-1302