1

2

3

4

5

Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

6

7

8

9

| | |
|---|---|
| Zambezia Film (PO), LLC,<br>                    Plaintiff,<br>    vs.<br>Does 1- 66,<br>                    Defendants | No. 2:13-00308  MJP-RSL<br><br>Request for Judicial Notice |

10

11

12

| | |
|---|---|
| Zambezia Film (Pty) LLC,<br>                    Plaintiff,<br>    vs.<br>Does 1- 70,<br>                    Defendants. | No. 2:13-00312JP-RSL<br><br>Request for Judicial Notice |

13

14

15

| | |
|---|---|
| The Ledge Distribution, LLC,<br>                    Plaintiff,<br>    vs.<br>Does 1- 71,<br>                    Defendants. | No. 2:13-00330  MJP-RSL<br><br>Request for Judicial Notice |

16

17

18

19

20

21

22

23

24

   This request is made in connection with John Doe with IP address 71.217.68.37, John Doe with IP address 97.126.124.186, John Doe with IP address 71.217.92.139, John Doe with IP address 71.217.91.41, John Doe with IP address 71.217.89.66, John Doe with IP address 97.126.112.240, John Doe with IP address 97.126.122.23, John Doe with IP address 97.126.115.11, John Doe with IP address 71.217.72.230, and John Doe with IP address 75.172.5.207 in the above captioned cases  Motion to Squash.

   Pursuant to Federal Rule of Evidence 201 and the authorities cited below, the various John Does hereby request that this Court take judicial notice of the following materials:

Request for Judicial Notice, page 1

1    A. Magistrate Ruling, U.S. District Court, Eastern District for New York, In Re Bit Torrent

2  Adult Film Copyright Infringement Cases, Order and Recommendation, Case 2:11-cv-03995-

3  DRH-GRB, Docket # 39

4    B. District Judge Ruling, Safety Point Products, LLC et al., *Plaintiffs* v. DOES 1-14, DOES

5  15-96, DOES 97-177, & DOES 178-197, Defendants, Case Nos 1:12-CV-2812, 1:12-CV-

6  2820;1:12-CV-2831; 1:12-CV-2894, OPINION & ORDER date April 4, 2013

7    C. Magistrate Ruling, On the Cheap, LLC v. Does 1-5011, U. S. District Court, Northern

8  District of California, Case No. C-10-4472 BZ, Docket # 66.

9    D. Magistrate Ruling, AF Holdings v. Does 1-96, U. S. District Court, Northern District of

10  California, Case No. C-11-03335 JSC, Docket # 14, Order Denying Without Prejudice Plaintiff's

11  Request for Discovery Prior to Rule 26(f) Conference.

12    *E. Pacific. Century International, Ltd v. Does 1-101*, CV-11 -2533 (DMR), 2011 WL

13  5117424 at *2 (N.D. Cal. Oct. 27, 2011)

14    A district court may take judicial notice of facts that are "not subject to reasonable dispute in

15  that [they are] either (1) generally known within the territorial jurisdiction of the trial court or (2)

16  capable of accurate and ready determination by resort to sources whose accuracy cannot

17  reasonably be questioned." Fed. R. Evid. 201(b); see also *Limestone Dev. Corp. v. Vill. of*

18  *Lemont*, 473 F. Supp. 2d 858, 868 (N.D. Ill. 2007) (taking judicial notice of state court litigation

19  because "[j]udicial notice is premised on the concept that certain facts or propositions exist

20  which a court may accept as true without requiring additional proof from the opposing parties").

21  Furthermore, the Federal Rules of Evidence require a court to take judicial notice of a matter "if

22  requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d); see also

23

24

Request for Judicial Notice, page 2

1  *In re Ravisent Techs., Inc. Sec. Litig.*, No. 00-CV-1014, 2004 U.S. Dist. LEXIS 13255, at * 2

2  (E.D. Pa. July 12, 2004).

3  Exhibits A-E are all orders from United States Federal District Courts. It is well established

4  that a court may take judicial notice of matters of public record. *Opoka v. I.N.S.*, 94 F.3d 392,

5  394 (7th Cir. 1996) ("Indeed, it is a well-settled principle that the decision of another court or

6  agency, including the decision of an administrative law judge, is a proper subject of judicial

7  notice."); *Berg v. United Steelworkers of Am., Local 3733, No. 98-308*, 1998 U.S. Dist. LEXIS

8  4518, at *19-20 (E.D. Pa. April 8, 1998) (citing 5A Charles Alan Wright & Arthur R. Miller,

9  Federal Practice and Procedure, Civil 2d § 1357 (1990) ("matters of public record ... may also be

10  taken into account")). Specifically, federal courts may take judicial notice of proceedings in other

11  courts, both within and outside of the federal judicial system, if those proceedings have a direct

12  relation to matters at issue. *Allen v. City of Los Angeles*, 92 F.3d 842 (9th Cir. 1992).

13  These documents are offered to show how courts around the nation have handled issues of

14  joinder and other issues in analogous cases. Thus, they are appropriate subject matter for judicial

15  notice pursuant to Federal Rule of Evidence 201(b)(2).

16  For the foregoing reasons, the various John Does in the above captioned cases request that

17  this Court consider Exhibits A-E as it reviews their joint Motion to Squash.

18  Respectfully submitted this 8th day of April, 2013

19  Law Offices of Gary Marshall

20

21  By: _____
    Gary K. Marshall
    WSBA # 15344
22  Attorneys for Various John Doe Defendants

23

24

Law Offices of Gary Marshall
9706 4th Ave. N.E., Suite 320
Seattle, Washington 98115-2157
Tel: (206) 524-0655
Fax: (206) 524-1302