

# U.S. DISTRICT COURT
# Western District of Washington

## Pro Se Registration Form
## For the Electronic Case Filing System (ECF)

Please complete a form for *each case* you have before the Court.

**Check One:**

○ Please register me to **receive service** of documents and notice of electronic filings to my e-mail* via the Court's electronic filing system (ECF). This option does *not* allow me to file documents electronically. I will continue to file documents in paper with the Court.

○ Please register me to **file documents** electronically** and **receive service** of documents and notice of electronic filings to my e-mail* via the Court's electronic filing system (ECF).

My Name is: _____     My Case Number is: _____

E-mail Address: _____     Phone Number: _____

Address: _____

_____      _____
Signature (Type an "s/" and your name, or print and sign)     Date signed

* By registering for electronic service, you waive your right to receive service of documents by first class mail, according to Federal Rule Civil Procedure 5(b)(2)(E). You will be sent a Notice of Electronic Filing via e-mail. Upon receipt of this notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number. **The one "free look" will expire 15 days from the date the notice was sent.** After the "free look" is used or expires, the document can only be accessed through PACER (Public Access to Court Electronic Records). It is recommended that you establish a PACER account, by visiting the PACER website. PACER is an automated system that allows an individual to view, print, and download documents for a nominal fee.

**By registering for electronic filing, you must familiarize yourself with and follow rules and procedures of the Court, such as the Federal Rules, Local Rules, and the Electronic Filing Procedures.

**To E-mail This Form:** Save a copy of this form to your computer and then send it as an attachment to: **cmecfreg@wawd.uscourts.gov**. You will receive e-mail confirmation of your registration when it is processed. If registering for electronic filing, you will also receive a login and password. **(Allow 24 hours for processing time.)**

**To Mail This Form:** Print and mail to: **Clerk, U.S. District Court, Western District of Washington, ATTN: ECF Registration, 700 Stewart Street, Suite 2310, Seattle, WA, 98101**. You will receive e-mail confirmation of your registration when it is processed. If registering for electronic filing, you will also receive a login and password. **(Allow for mailing and 24 hour processing time.)**

For assistance, please contact the **ECF Support Team** at **(206)370-8400, then press Option 3** (Seattle area), **(866)323-9293, then press Option 3** (Outside Seattle area) or e-mail us at: **cmecf@wawd.uscourts.gov**