Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

Zambezia Film (Pty) LLC,
        Plaintiff,

vs.

Does 1- 70,
        Defendants.

No. 2:13-00312JP-RSL

Response to Amended Order to Show Cause

    The order to show cause is directed at the actions of the defendants' attorney, not the defendants themselves. It seems appropriate for me to respond in the first person.

    I do not have a good response. All I have is the truth. This court has no way of knowing this, but I pride myself on doing high quality legal work. I take great care to follow all of the civil rules. I know I am not making a good impression at the moment. I simply made two bad mistakes. That is very unusual for me. And very embarrassing. It was not the result of lack of attention or care. My apologies to this court.

    Before I filed the motions to quash I went to the Western District website and downloaded the latest copy of the local rules. I printed out the rules that pertain to motions, LR 7 – LR 11,

Response to Amended Order to Show Cause, Page 1
No. 2:13-00312 MJP-RSL

Law Offices of Gary Marshall
9706 4th Ave. N.E., Suite 320
Seattle, Washington 98115-2157
Tel: (206) 524-0655

1 and reviewed them, even though I had reviewed them many times before. I was trying to be
2 thorough. Attached to this Response as Exhibit A is a copy of the printout I made, read and then
3 put into the client file.

4 I was unaware of local civil rule 10(e)(9) regarding courtesy copies. I simply have no
5 explanation for how I missed this particular subpart of the rules upon my recent review. I have
6 prepared courtesy copies of the motions and have arranged for them to be delivered to the court
7 by end of day today.

8 I am aware of local civil rule 10(e)3. It is my standard practice to include my name and
9 address on my pleadings. I do this through a footer that is included in my standard Microsoft
10 word pleading template. It was simply a clerical error that the proper footer was not used this
11 time on the motion pleading. The footer does appear correctly on every other pleading that I have
12 filed with this court. I was not aware that my name and address were missing on the motion itself
13 until I checked my pleadings after reading the order to show cause. It is my responsibility to
14 comply with the rules and I should have caught this error when I proof read the documents
15 before submitting them.

16 Regardless of what action this court takes, I shall attempt to be even more thorough in the
17 future and shall try to avoid making these types of mistakes again.

Law Offices of Gary Marshall


By __/s/ Gary K. Marshall_____
    Gary K. Marshall, WSBA # 15344
Attorneys for
John Doe with IP address 97.126.124.186
John Doe with IP address 71.217.92.139
John Doe with IP address 71.217.91.41

Response to Amended Order to Show Cause, Page 2
No. 2:13-00312  MJP-RSL

Law Offices of Gary Marshall
9706 4th Ave. N.E., Suite 320
Seattle, Washington 98115-2157
Tel: (206) 524-0655

        John Doe with IP address 71.217.89.66
        John Doe with IP address 97.126.112.240
        John Doe with IP address 97.126.122.23
        John Doe with IP address 97.126.115.11
        John Doe with IP address 71.217.72.230

<u>Certificate of Service</u>

I hereby certify that on April 22, 2013, I electronically filed this document with the Clerk, of the Court using the CM/ECF electronic filing, which will provide notice to all counsel of record herein.

        <u>/s/ Gary K. Marshall</u>
        Gary K. Marshall,  WSBA # 15344
        Attorneys for
        John Doe with IP address 97.126.124.186
        John Doe with IP address 71.217.92.139
        John Doe with IP address 71.217.91.41
        John Doe with IP address 71.217.89.66
        John Doe with IP address 97.126.112.240
        John Doe with IP address 97.126.122.23
        John Doe with IP address 97.126.115.11
        John Doe with IP address 71.217.72.230

Response to Amended Order to Show Cause, Page 3
No. 2:13-00312  MJP-RSL

Law Offices of Gary Marshall
9706 4th Ave. N.E., Suite 320
Seattle, Washington 98115-2157
Tel: (206) 524-0655