1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZAMBEZIA FILM (Pty.) Ltd. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No:13-00312 |
| | ) - RSL |
| DOES 1-70 | ) |
| | ) |
| Defendants | ) |

## NOTICE OF VOLUNTARY DISMISSAL IN RESPONSE TO MOTION TO QUASH

Plaintiff Zambezia Film (Pty.) Ltd., pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and in view of the motion to quash and exhibits filed by Alexander Petrov, hereby dismisses without prejudice all causes of action in the complaint against Doe Defendants associated with Internet Protocol address 71.56.140.216 (Doe No. 29). Plaintiff is not dismissing any other Doe Defendants at this time.

The respective Doe Defendants have not filed an answer to the complaint or motion for summary judgment in this matter. Therefore it is respectfully submitted that dismissal under Rule 41(a) is appropriate.

Notice of Dismissal
13-00312-RSL

Frontier Law Group, PLLC
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Ph: 206-682-7975

1  DATED: April 23, 2013

2                                          Respectfully submitted,
                                           Zambezia Film (Pty.) Ltd.
3
                                           By: s/*Richard J. Symmes*
4                                          Richard J. Symmes #41475
                                           Frontier Law Group, PLLC
5                                          1001 4th Avenue, Suite 3200
                                           Seattle, WA 98154
6                                          Ph:  206-682-7975
                                           F:  206-424-4691
7                                          Richard@symmeslaw.com

8                                          Attorney for Plaintiff
                                           Zambezia Film (Pty.) Ltd.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24 Notice of Dismissal
   13-00312-RSL                                        Frontier Law Group, PLLC
                                                        1001 Fourth Avenue, Suite 3200
                                                        Seattle, WA 98154
                                                        Ph: 206-682-7975