UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
ZAMBEZIA FILM (PTY.) LTD., )
) No. C13-312JLR-RSL
               Plaintiff, )
   v. )
) ORDER VACATING ORDER TO
DOES 1-70, ) SHOW CAUSE
)
               Defendants. )
_____)

      This matter comes before the Court *sua sponte*. On April 9, 2013, defendant filed a Motion to Squash [sic] Subpoenas which, taken as a whole, exceeded 50 pages in length but did not provide a copy for chambers. The Court ordered defendant to show cause why sanctions should not be imposed for defendant's failure to comply with the Local Civil Rules. The Order to Show Cause (Dkt. #14) is hereby VACATED in light of defendant's response and receipt of the courtesy copy.

      DATED this 23rd day of April, 2013.

                                            /s/ Robert S. Lasnik
                                            Robert S. Lasnik
                                            United States District Judge

ORDER VACATING ORDER TO SHOW CAUSE