# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON at SEATTLE

| | | |
|---|---|---|
| ZAMBEZIA FILM (Pty.) LTD., | ) | No: 13-000312 |
| | ) | |
| Plaintiff, | ) | PROPOSED ORDER DENYING |
| | ) | MOVANTS MOTION TO SQUASH [Sic] |
| v. | ) | SUBPOENAS |
| | ) | |
| DOES 1-70 | ) | |
| | ) | |
| Defendants | ) | |

THIS MATTER having come before the undersigned judge of the United States District Court, for the Western District of Washington, upon Movant's motion to quash or modify subpoena. Now therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Plaintiff's motion is denied for the reasons cited in Plaintiff's response to Movants motion to quash or modify subpoena

Dated this ____ day of _____2013

_____
UNITED STATES DISTRICT JUDGE

Order Denying Movants Motion

Frontier Law Group, PLLC
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Ph: 206-682-7975

Presented By: s/*Richard J. Symmes*
              Attorney for the Plaintiff

Order Denying Movants Motion                    Frontier Law Group, PLLC
                                                 1001 Fourth Avenue, Suite 3200
                                                 Seattle, WA 98154
                                                 Ph: 206-682-7975