The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZEMBEZIA FILM LTD., <br><br> Plaintiff, <br><br> vs. <br><br> Svitlana and Ilya Dolinskiy, husband and wife <br><br> Defendants. | Case No. C13-0312JLR-RSL <br><br> **CERTIFICATE OF SERVICE** |

    Ilya and Svitlana Dolinskiy, Defendant, hereby certifies and declares under penalty of perjury of the laws of the State of Washington and of the United States as follows:

    That on this 24th day of April, 2013 I presented the following document(s) described as **Defendant's Response to Dct #6 and Motion to QUASH or Vacate the Subpoena** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the parties in this action. I also served a copy of the above described document(s) upon the Plaintiffs as follows:

Case No: 2:13-cv-00312-JLR-RSL    CERTIFICATE OF SERVICE    Page **1**of **2**

## *SERVICE LIST*

**Richard J. Symmes (Plaintiff's attorney)**
Symmes Law
Address unknown
Email: richard@symmeslaw.com and symmeslaw@gmail.com

( X ) Via Email
(   ) Via Hand Delivery
(   ) Via US First Class Mail
(   ) Via Facsmile


**Gary Kaitz Marshall (relationship not clear)**
Address unknown
Email: gmarshall@marshallcomputer.com

( X ) Via Email
(   ) Via Hand Delivery
(   ) Via US First Class Mail
(   ) Via Facsmile

Dated this 24th Day of April, 2013

*[signature]*

Ilya Dolinskiy

Defendant