**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ZAMBEZIA FILM (PTY) LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DOES 1-70,<br><br>  Defendants. | **Case Number: 13-CV-00312 (RSL)**<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT DOES #33** |
| ZAMBEZIA FILM (PTY) LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DOES 1-66,<br><br>  Defendants. | **Case Number: 13-CV-00310 (RSL)**<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT DOES #20 AND #38** |

TO:        The Clerk of the Court
AND TO:   Plaintiff's Attorney

NOTICE OF APPEARANCE

**LAW OFFICE OF REED YURCHAK**
40 Lake Bellevue Dr #100
Bellevue, WA 98005
TELE: 425-890-3883; FAX: 425-654-1205

Please take notice that Reed Yurchak hereby appears as attorney for the defendant Does #33 in case number 13-00312 and for defendant Does #20 and #38 in case number 130-00310 and requests that all papers and pleadings, except original process, be served on him at:

> Law Office of Reed Yurchak
> 40 Lake Bellevue Dr #100
> Bellevue, WA 98005
> TELE: 425-890-3883; FAX: 425-654-1205
> Email: yurchaklaw@gmail.com

Dated this 30th day April, 2013 at Bellevue, WA.

/s/ Reed Yurchak
Reed Yurchak, WSBA #37366
Attorney for defendants

NOTICE OF APPEARANCE                                              **LAW OFFICE OF REED YURCHAK**
                                                                                            40 Lake Bellevue Dr #100
                                                                                            Bellevue, WA 98005
                                                                                            TELE: 425-890-3883; FAX: 425-654-1205