UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZEMBEZIA FILM LTD.,

    Plaintiff,

  v.

DOES 1 - 70,

    Defendants.

Case No. C13-0312JLR-RSL

ORDER QUASHING SUBPOENA

This matter comes before the Court on Doe 29's letter request seeking to quash a subpoena issued to Comcast in the above-captioned matter. Dkt. # 16. Plaintiff subsequently voluntarily dismissed its claims against that defendant. Dkt. # 18. The subpoena issued to Comcast regarding IP address 71.56.140.216 is therefore QUASHED.

Dated this 2nd day of May, 2013.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER QUASHING SUBPOENA - 1