# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ZEMBEZIA FILM LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>DOES 1 - 70,<br><br>    Defendants. | Case No. C13-0312JLR-RSL<br><br>MINUTE ORDER RENOTING MOTION ON COURT'S CALENDAR |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

On May 3, 2013, Doe 21 filed a "Motion to Quash Subpoena" in the above-captioned matter. Dkt. # 30. Defendant also seeks dismissal of plaintiff's claims for improper joinder. Contrary to Local Civil Rule 7(b)(1), defendant failed to identify the date on which the motion is to be noted for consideration upon the Court's motion calendar. Because defendant seeks dispositive relief, the motion should have been noted on the fourth Friday after filing. See LR 7(d)(3). The Clerk of Court is therefore directed to note the "Motion to Quash Subpoena" on the Court's calendar for Friday, May 31, 2013.

MINUTE ORDER - 1

DATED this 7th day of May, 2013.

      /s/ Kerry Simonds
Kerry Simonds, Deputy Clerk to
the Honorable Robert S. Lasnik, Judge
(206) 370-8519

MINUTE ORDER - 2