UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZAMBEZIA FILM (PTY) LLC,

               Plaintiff,

    v.

DOES 1-70,

               Defendants.

Case No. C13-312RSL

ORDER TO SHOW CAUSE

       This matter comes before the Court *sua sponte*. On April 30, 2013, defendants filed a motion to quash subpoenas which, taken as a whole, exceeds 50 pages in length. (Dkt. # 25). As of this date, a courtesy copy of these documents has not been provided for chambers.

       Defendants are hereby ORDERED to show cause, within five days of the date of this Order, why they should not be sanctioned for failure to comply with Local Rule 10(e)(9). Defendants shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

       DATED this 7th day of May, 2013.

                                          /s/ Robert S. Lasnik
                                          Robert S. Lasnik
                                          United States District Judge

ORDER TO SHOW CAUSE