Honorable Judge Roberts S. Lasnik

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WASHINGTON

ZAMBEZIA FILM (Pty) Ltd. )
)
   Plaintiff, )
)
v. ) Case No: 13-00307
) JLR-RSL
DOES 1-47 )
)
   Defendants. )

PLAINTIFFS NOTICE OF RELATED CASES PERSUANT TO LOCAL RULE 3.1(f)

   Pursuant to Local Rule W.D. Wash. LCR 9(f), Plaintiff, Zambezia Film (Pty.) Ltd hereby notifies the Court of the following pending actions in the W.D. Wash. which involve the same plaintiff and various doe defendants who have engaged in alleged Copyright infringement:

   Case No: 13-00319-RSM-RSL ZAMBEZIA FILM (Pty.) Ltd.v. Does 1-47
   Case No: 13-00318-RSL ZAMBEZIA FILM (Pty.) Ltd. v. Does 1-57
   Case No: 13-00317-MJP-RSL ZAMBEZIA FILM (Pty.) Ltd.v. Does 1-18
   Case No: 13-00316-RSL ZAMBEZIA FILM (Pty.) Ltd.v. Does 1-51
   Case No: 13-00315-RSM-RSL ZAMBEZIA FILM (Pty.) Ltd.v. Does 1-51
   Case No: 13-00314-JLR-RSL ZAMBEZIA FILM (Pty.) Ltd.v. Does 1-58
   Case No: 13-00313-RAJ-RSL ZAMBEZIA FILM (Pty.) Ltd.v. Does 1-48
   Case No: 13-00312-JLR-RSL ZAMBEZIA FILM (Pty.) Ltd.v. Does 1-70

Plaintiff's Notice of Related Cases
 13-00307 JLR-RSL

Frontier Law Group, PLLC
 1001 Fourth Avenue, Suite 3200
 Seattle, WA 98154
 Ph: 206-682-7975

Case No: 13-00311-RAJ-RSL ZAMBEZIA FILM (Pty.) Ltd.v. Does 1-66

Case No: 13-00310-TSZ-RSL-ZAMBEZIA FILM (Pty.) Ltd.v. Does 1-66

Case No: 13-00309-RAJ-RSL ZAMBEZIA FILM (Pty.) Ltd.v. Does 1-66

Case No: 13-00308 MJP-RSL ZAMBEZIA FILM (Pty.) Ltd.v. Does 1-66

                  Respectfully submitted,
                  Zambezia Film (Pty) Ltd.

DATED: May 9, 2013

By: s/*Richard J. Symmes*
Richard J. Symmes #41475
Frontier Law Group, PLLC
1001 4th Avenue, Suite 3200
Seattle, WA 98154
Ph: 206-682-7975
F: 206-424-4691
Richard@symmeslaw.com

Plaintiff's Notice of Related Cases        Frontier Law Group, PLLC
13-00307 JLR-RSL        1001 Fourth Avenue, Suite 3200
        Seattle, WA 98154
        Ph: 206-682-7975