UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
ZAMBEZIA FILM (PTY) LLC,

         Plaintiff,

   v.

DOES 1-70,

         Defendants.
_____

Case No. C13-312RSL

ORDER

This matter comes before the Court *sua sponte*. On May 7, 2013, the Court ordered defendants to deliver a courtesy copy of documents filed on April 30, 2013. Defendants have now provided the necessary documents. The Order to Show Cause (Dkt. # 32) is hereby VACATED.

DATED this 10th day of May, 2013.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER