# EXHIBIT 5




**IMDb**  Find Movies, TV shows, Celebrities and more...   All

Movies | TV | News | Showtimes | Community | IMDbPro | Apps | Your Watchlist

Login | Help

IMDb >Zambezia (2012) > Box office / business



Watch It
Own the rights?
Buy it at Amazon
More at IMDb Pro
Discuss in Boards
Add to Watchlist
Update Data

Box office / business for
# Zambezia (2012) More at IMDbPro »

**Budget**
$20,000,000 (estimated)

### Related Links
Release dates       Ratings         Awards
Technical specifications   News articles   Main details
IMDb charts

**Edit page**

*You may report errors and omissions on this page to the IMDb database managers. They will be examined and if approved will be included in a future update. Clicking the 'Edit page' button will take you through a step-by-step process.*



ad feedback

**Quicklinks**
box

**Top Links**
trailers and videos
full cast and crew
trivia
official sites
memorable quotes

**Overview**
main details
combined details
full cast and crew
company credits

**Awards & Reviews**
user reviews
external reviews
awards
user ratings
parents guide
message board

**Plot & Quotes**
plot summary
synopsis
plot keywords
memorable quotes

**Did You Know?**
trivia
goofs
soundtrack listing
crazy credits
alternate versions
movie connections
FAQ

**Other Info**
box office/business
release dates
filming locations
technical specs
literature listings
NewsDesk

**Promotional**
taglines
trailers and videos
posters
photo gallery

http://www.imdb.com/title/tt1488181/business?ref_=tt_dt_bus                5/24/2013