Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Zambezia Film (Ptv), Limited,<br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Does 1- 66,<br>　　　　　　　Defendants. | No. 2:13cv-00312 JRL-RSL<br><br>Notice of Appearance of Counsel for Defendants<br>Doe 25 with IP address 98.247.197.201<br>Doe 54 with IP address 67.168.215.234<br><br>Clerk Action Requested |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Gary K. Marshall and the Law Offices of Gary Marshall, 9706 Fourth Avenue NE, Suite 320, Seattle WA 98115-2157, appear in this action as the attorney for Defendants Doe 25 with IP address 98.247.197.201 and Doe 54 with IP address 67.168.215.234 without precluding the right to challenge lack of jurisdiction, insufficiently of process and insufficiency of service of process pursuant to FCR 12(b). Please add Gary K. Marshall to the CM/ECF email notification list under the following e-mail address: gmarshall@marshallcomputer.com.

Dated this 4th day of June, 2013

Notice of Appearance for Defendants DOE 25 and DOE 54, page 1
No. 2:13-cv-00312 JRL-RSL

Law Offices of Gary Marshall
9706 4th Ave. N.E., Suite 320
Seattle, Washington 98115-2157
Tel: (206) 524-0655

1

2    Law Offices of Gary Marshall

3

4    By __/s/ Gary K. Marshall_____
     Gary K. Marshall, WSBA # 15344
     Attorneys for
5    Doe 25 with IP address 98.247.197.201
     Doe 54 with IP address 67.168.215.234

6

7

8                    Certificate of Service

9        I hereby certify that on June 4, 2013, I electronically filed this document with the Clerk, of the Court using the CM/ECF electronic filing, which will provide notice to all counsel of
10   record herein.

11

12   /s/ Gary K. Marshall_____
     Gary K. Marshall,  WSBA # 15344
     Attorneys for Defendant
13   Doe 25 with IP address 98.247.197.201
     Doe 54 with IP address 67.168.215.234

14

15

16

17

18

19

20

21

22

23

24
Notice of Appearance for Defendants DOE 25 and DOE 54, page 2          Law Offices of Gary Marshall
No. 2:13-cv-00312 JRL-RSL                                              9706 4th Ave. N.E., Suite 320
                                                                       Seattle, Washington 98115-2157
                                                                       Tel: (206) 524-0655