**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ZAMBEZIA FILM (Pty.) Ltd. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No: 13-00312 |
| | ) |
| DOES 1-70 | ) |
| | ) |
|     Defendants | ) |

## PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL

    Plaintiff, Zambezia Film (Pty.) Ltd. by its attorneys Frontier Law Group, PLLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in this complaint against DOE Defendants

    The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter.  Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.


    DATE: September 5, 2013

    Respectfully Submitted,
    Zambezia Film (Pty.) Ltd.

    By: *Richard J. Symmes*
    Richard J. Symmes #41475
    Frontier Law Group, PLLC
    1001 4th Avenue, Suite 3200
    Seattle, WA 98154
    206-682-7975
    Richard@symmeslaw.com

NOTICE

    Frontier Law Group, PLLC
    1001 Fourth Avenue, Suite 3200
    Seattle, WA 98154
    Ph: 206-682-7975